IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>MICHAEL VANDEVENTER,<br><br>                    Defendants. | CASE NO.  1:20-MJ-00120 BAM<br><br>ORDER UNSEALING COMPLAINT |

The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrant now having been executed and the need for sealing has ceased;

IT IS ORDERED that the complaint and arrest warrant filed in the above-entitled matter shall be unsealed.

Dated:  November   4    , 2020

_____
HON. JENNIFER L. THURSTON
U.S. MAGISTRATE JUDGE

Order Unsealing Complaint and Arrest Warrant

1