# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 5:20-MJ-00120 BAM |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| MICHAEL VANDEVENTER, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him.  Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Emily de Leon is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to November 3, 2020. After the initial appearance the matter is referred back to the Federal Defenders Office for assignment of counsel.

IT IS SO ORDERED.

Dated:  **November 5, 2020**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE